IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY AGUILAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:23-CV-00972-K |
| | § | |
| CVS PHARMACY, INC. and | § | |
| EMERSON HEALTHCARE, LLC | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT EMERSON HEALTHCARE, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.1 and 56.3, Defendant Emerson Healthcare, LLC moves for summary judgment on all claims asserted by Plaintiff, as further set forth below.

### SUMMARY

Plaintiff Mary Aguilar seeks damages for personal injuries she alleges she sustained after using Sarna, an over-the-counter anti-itch lotion. Defendant Emerson Healthcare, LLC ("Emerson") is the distributor of Sarna, and Defendant CVS Pharmacy, Inc. ("CVS") is the retailer at which the Sarna used by Plaintiff was allegedly purchased. Plaintiff asserts claims of strict liability, negligence and gross negligence, breach of express and implied warranties, and DTPA violations against Emerson. *See* Pl. Orig. Pet. Plaintiff seeks to recover damages based on alleged personal injuries. *See* Pl. Orig. Pet. at 7–8.

Emerson moves for summary judgment on all of Plaintiff's claims on two grounds. First, Emerson is a nonmanufacturing seller under Texas Civil Practice and Remedies Code, Section 82.003. As such, Emerson is not liable for any harm to Plaintiff caused by the subject product,

Sarna, because Emerson only distributed, and did not manufacture, Sarna. Second, Plaintiff's claims are time-barred in their entirety by the two-year statute of limitations applicable to Plaintiff's personal injury claims.

Accordingly, Emerson respectfully moves for summary judgment on all of Plaintiff's claims. A brief in support of this Motion is being filed contemporaneously with this Motion pursuant to Local Rule 7.1 and 56.5.

Dated: June 28, 2023.

Respectfully submitted,

*/s/ Alan R. Vickery*
Alan R. Vickery
Texas Bar No. 20571650
Alan.vickery@bowmanandbrooke.com
Melissa B. Hostick
Texas Bar No. 24128832
melissa.hostick@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
5850 Granite Parkway, Suite 900
Plano, Texas 75024
Phone: (972) 616 1700
Facsimile: (972) 616 1701

**ATTORNEYS FOR DEFENDANT
EMERSON HEALTHCARE LLC**